## FRIZZELL v. STATE.
### No. 20724.

Court of Criminal Appeals of Texas.
Oct. 25, 1939.

No attorney for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

The conviction is for driving an automobile upon a public highway while intoxi-

cated; penalty assessed at confinement in the county jail for thirty days and a fine of $100.

The indictment appears regular. The record is before this court without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.